IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

FELICIA D. TENNESSEE,

    Plaintiff,

v.    Civil Action No.: 2:10cv167

MURPHY-BROWN, L.L.C.,

    Defendant.

### DEFENDANT'S MOTION IN LIMINE TO PREVENT ANY REFERENCE TO DEFENDANT'S AFFILIATION WITH SMITHFILED FOODS, INC.

Defendant Murphy-Brown, L.L.C. ("Defendant"), by counsel, respectfully requests that this Court enter an Order in limine preventing Plaintiff Felicia Tennessee ("Plaintiff") from referencing Defendant's affiliation with Smithfield Foods, Inc. The specific grounds and reasons supporting Defendant's motion are set forth in the accompanying brief.

    MURPHY-BROWN, LLC

    /s/
    John M. Bredehoft (VSB No. 33602)
    Mark E. Warmbier (VSB No. 77993)
    KAUFMAN & CANOLES, P.C.
    150 West Main Street, Suite 2100
    Norfolk, VA 23510
    Telephone: (757) 624-3000
    Facsimile: (757) 624-3169
    jmbredehoft@kaufcan.com
    mewarmbier@kaufcan.com
    *Attorneys for Defendant*

    Frank A. Edgar Jr. (VSB No. 36833)
    KAUFMAN & CANOLES, P.C.
    11815 Fountain Way, Suite 400
    Newport News, VA 23606
    Telephone: (757) 873-6300

2

    Facsimile: (757) 873-6359
    faedgarjr@kaufcan.com
    *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of October 2011, a true copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

> Henry L. Marsh, III, Esq.
> Hill, Tucker & Marsh
> 422 East Franklin Street, Suite 301
> Richmond, Virginia 23219
> 804-648-9074
> htm@htm-law.com
> *Attorneys for Plaintiff*
>
> Henry E. Howell, III, Esq.
> The Eminent Domain Litigation Group, P.L.C.
> One East Plume Street
> Norfolk, Virginia 23510
> 757-446-9999
> heh@eminentdomaingroup.us
> *Attorneys for Plaintiff*

>                  /s/
> Mark E. Warmbier (VSB No. 77993)
> KAUFMAN & CANOLES, P.C.
> 150 West Main Street, Suite 2100
> Norfolk, VA 23510
> Telephone: (757) 624-3000
> Facsimile: (757) 624-3169
> mewarmbier@kaufcan.com
> *Attorneys for Defendant*

11332472_1.DOC