IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division



FILED
IN OPEN COURT

OCT 1 4 2011

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

FELICIA D. TENNESSEE,

    Plaintiff,

v.                                        Civil Action No.: 2:10cv167 MSD/FBS

MURPHY-BROWN, L.L.C.,

    Defendant.

## VERDICT FORM
### (Harassment)

1. Do you find, unanimously and by a preponderance of the evidence, that Ms. Tennessee suffered from harassment based on her sex while employed by Murphy-Brown?

    Answer Yes or No    __Yes__

[*Note*: If you answered "No" to Question No. 1, you should not answer the remaining questions on sexual harassment. Your verdict will be for the defendant, and you should sign and date this form.]

2. Do you find, unanimously and by a preponderance of the evidence, that any harassment Ms. Tennessee suffered was so severe or pervasive that it actually altered the conditions of her employment and created an abusive atmosphere?

    Answer Yes or No    __Yes__

[*Note*: If you answered "No" to Question No. 2, you should not answer the remaining questions on sexual harassment. Your verdict will be for the defendant, and you should sign and date this form.]

3. Do you find, unanimously and by a preponderance of the evidence, that what Ms. Tennessee experienced was so severe or pervasive that a reasonable woman in Ms. Tennessee's position would have believed that it actually altered the conditions of her employment and created an abusive atmosphere?

Answer Yes or No    Yes

[*Note*: If you answered "No" to Question No. 3, you should not answer the remaining questions on sexual harassment. Your verdict will be for the defendant, and you should sign and date this form.]

4. Do you find, unanimously and by a preponderance of the evidence, that Murphy Brown took prompt and effective remedial action after Ms. Tennessee complained of harassment?

Answer Yes or No    No

[*Note*: If you answered "Yes" to Question No. 4, you should not answer the remaining questions on sexual harassment. Your verdict will be for the defendant, and you should sign and date this form.]

If and only if you have answered questions 1, 2, and 3 "yes" and question 4 "no," you should proceed to the following question.

5. Do you find, unanimously and by a preponderance of the evidence, that Ms. Tennessee has proved that she suffered injury from the incident of sexual harassment she claims, but not including any loss of income?

Answer Yes or No    Yes

If your answer is "Yes,"
In what amount?    $ 30,000

SO SAY WE ALL.

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.

REDACTED COPY

_____
Foreperson

DATED: 14 October 2011