

FILED
IN OPEN COURT

OCT 1 4 2011

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

FELICIA D. TENNESSEE,

    Plaintiff,

v.                              Civil Action No.: 2:10cv167 MSD/FBS

MURPHY-BROWN, L.L.C.,

    Defendant.

## VERDICT FORM
### (Retaliation)

1. Do you find, unanimously and by a preponderance of the evidence, that after Ms. Tennessee complained of harassment, Murphy-Brown inflicted on her an adverse employment action?

    \_\_\_\_ Yes, Ms. Tennessee suffered an adverse action.

    *No*  No, Ms. Tennessee did not suffer an adverse action

[*Note*: If you answered "No" to Question No. 1, you should not answer the remaining questions on retaliation. Your verdict will be for the defendant, and you should sign and date this form.]

2. Do you find, unanimously and by a preponderance of the evidence, that the employment action was sufficiently severe and adverse so as to discourage a reasonable person from making a complaint of sexual harassment?

    \_\_\_\_ Yes, a reasonable person would be deterred from complaining about sexual harassment

    \_\_\_\_ No, the action was not so severe as to deter a reasonable person from complaining about sexual harassment

[*Note*: If you answered "No" to Question No. 2, you should not answer the remaining questions on retaliation. Your verdict will be for the defendant, and you should sign and date this form.]

3. Do you find, unanimously and by a preponderance of the evidence, that Murphy Brown intended that adverse employment action as retaliation against Ms. Tennessee for her complaint?

\_\_\_\_ Yes, Murphy Brown intended to retaliate against Ms. Tennessee

\_\_\_\_ No, Murphy Brown took the action, but did not intend it as retaliation against Ms. Tennessee

[*Note*: If you answered "No" to Question No. 3, you should not answer the remaining questions on retaliation. Your verdict will be for the defendant, and you should sign and date this form.]

4. Do you find, unanimously and by a preponderance of the evidence, that the employment action, her transfer to another Farm, was not requested by Ms. Tennessee?

\_\_\_\_ Yes, Murphy Brown transferred Ms. Tennessee without Ms. Tennessee requesting a transfer

\_\_\_\_ No, Ms. Tennessee asked for a transfer

[*Note*: If you answered "No" to Question No. 4, you should not answer the remaining questions on retaliation. Your verdict will be for the defendant, and you should sign and date this form.]

If and only if you have answered questions 1, 2, 3 and 4 "yes," you should proceed to the following question.

5.  Do you find, unanimously and by a preponderance of the evidence, that Ms. Tennessee has proved that she suffered injury from the incident of retaliation she claims, but not including any loss of income?

        Answer Yes or No   _____

        If your answer is "Yes,"
        In what amount?   $_____

SO SAY WE ALL.

REDACTED COPY

*Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.*

_____
Foreperson

Dated  14 October 2011