

FILED
IN OPEN COURT

OCT 14 2011

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**FELICIA D. TENNESSEE,**

    **Plaintiff,**

v.                                            Civil Action No.: 2:10cv167 MSD/FBS

**MURPHY-BROWN, L.L.C.,**

    **Defendant.**

VERDICT FORM
(Punitive Damages)

1. Do you find unanimously, and by a preponderance of the evidence, that Murphy-Brown acted with malice or reckless indifference to Ms. Tennessee's right not to be discriminated against on the basis of her sex and/or that Murphy-Brown acted with malice or reckless indifference to her right not to be retaliated against for complaining about what she believed to be harassing behavior?

    \_\_\_\_ Yes, Murphy-Brown acted with malice or reckless indifference to Ms. Tennessee's rights.

    _No_ No, Murphy-Brown did not act with malice or reckless indifference to Ms. Tennessee's rights.

[Note: If you answered "no" to Question No. 1, you may not award Ms. Tennessee punitive damages. If you answered "yes" to Question No. 1, please answer Question No. 2.)

2. Do you find unanimously, and by a preponderance of the evidence, that Murphy-Brown did not make a good faith effort to comply with the law regarding sexual harassment or retaliation?

\_\_\_\_\_ Yes, Murphy-Brown did not make a good-faith effort to comply with the law.

\_\_\_\_\_ No, it was not proven that Murphy-Brown did not make a good faith effort to comply with the law.

If your answer to both Question 1 and Question 2 is yes, enter the amount of punitive damages you deem appropriate to award Ms. Tennessee.

$_____

SO SAY WE ALL.

*Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.*

**REDACTED COPY**

_____
Foreperson

Dated _14 October 2011_